UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>RAY LUCERO AGUILERA,<br><br>　　　　　　　　　Defendant(s). | Case No. 2:11-CR-202 JCM (CWH)<br><br>ORDER |

Presently before the court is *United States v. Aguilera*, case no. 2:11-cr-00202-JCM-CWH. Ray Lucero Aguilera ("petitioner") filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 based upon the application of *Johnson v. United States*, 135 S. Ct. 2551 (2015) to his sentence. (ECF No. 46). Briefing shall proceed as follows: respondent has thirty days from the date of this order to file a response. Thereafter, petitioner has thirty days to file a reply.

Accordingly,

It is ORDERED that respondent file a response to petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 no later than thirty (30) days from the date of this order. Petitioner's reply is due thirty (30) days thereafter.

DATED June 17, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**