**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-202 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| RAY LUCERO AGUILERA, | |
| Defendant(s). | |

Presently before the court is the case of *United States v. Aguilera*, no. 2:11-cr-00202-JCM (CWH).

On June 15, 2016, petitioner Ray Lucero Aguilera filed an *abridged* motion to vacate under 28 U.S.C. § 2255. (ECF No. 46). On June 17, 2016, the court entered a scheduling order that set a briefing schedule for the motion. (ECF No. 48). However, petitioner had not yet filed his supplemental motion fully briefing the issues presented in the abridged motion. Under First Amended General Order, no. 2015-03, petitioner has until December 26, 2016, to do so.

The court's June 17, 2016, order and the deadlines set therein are therefore vacated. The court will issue an amended scheduling order after petitioner files his supplemental motion.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the scheduling order entered on June 17, 2016, (ECF No. 48) and the deadlines set therein be, and the same hereby are, VACATED.

DATED June 20, 2016.

_____
UNITED STATES DISTRICT JUDGE