# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-202 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| RAY LUCERO AGUILERA, | |
| Defendant(s). | |

Presently before the court is the case of *U.S. v. Aguilera*, case number 2:11-cr-00202-JCM-CWH.

On June 23, 2017, the court denied petitioner's motion to vacate. (ECF No. 55); *see* (ECF No. 50). Therefore, petitioner's abridged motion to vacate (ECF No. 46), which petitioner filed to comply with the relevant statute of limitations, is moot. The court will deny the motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that petitioner's abridged motion to vacate (ECF No. 46) be, and the same hereby is, DENIED as moot.

The clerk shall close the related civil case (2:16-cv-01341-JCM).

DATED THIS 27th day of April, 2018.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE